## Commonwealth ex rel. Shields, Appellant, *v.* Russell.

Submitted April 13, 1964.
*James Anthony Shields*, appellant, in propria persona; *William A. Peiffer*, Assistant District Attorney, and *Edward H. Carney*, District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Sypin, Appellant, *v.* Russell.

Submitted April 13, 1964.
*John Sypin*, appellant, in propria persona; *Michael M. Palmisano*, Assistant District Attorney, and *Edward H. Carney*, District Attorney, for appellee.

Order affirmed.